UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRAL HARDY, JOHN RODRIGUEZ, SCOTT JOHNSON, CARLOS FRANCO, JOHN WOODWARD, ROBERT BROWN, VINCENT O'BANNER, and ANTHONY CAMERON<br><br>Plaintiffs,<br><br>v.<br><br>THE TOWN OF GREENWICH,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>3:06-cv-00833 (MRK)<br><br><br><br><br><br><br><br>March 17, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendant, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

FOR PLAINTIFFS

By: _____
Lewis H. Chimes *(Fed. Bar № ct07023)*
Robert A. Richardson *(Fed. Bar № ct09818)*
GARRISON, LEVIN-EPSTEIN, CHIMES,
    RICHARDSON & FITZGERALD, P.C.
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com
rrichardson@garrisonlaw.com

FOR DEFENDANT

By: _____
James T. Shearin *(Fed. Bar № ct01326)*
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Tel.: (203) 330-2000
Fax: (203) 576-8888
jtshearin@pullcom.com