

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| --- | --- | --- |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

May 16, 2013

**Robert A. Richardson**
Garrison Levin-Epstein Chimes & Richardson
405 Orange St.
New Haven, CT 06511

Dear Attorney Robert A. Richardson:

RE:    Case Name:    Hardy et al v. Greenwich
        Case Number:  3:06cv833 (MRK)

As the above matter has concluded in this court:

The Plaintiff's Exhibit(s) is/are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the Exhibit(s) to be picked up.

If they are not picked up by 5/31/2013, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____
    Jazmin Perez
    Deputy Clerk

